# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Dwight Jakari Walton                  Docket No. 5:24-CR-137-1BO

### Petition for Action on Conditions of Pretrial Release

COMES NOW Matthew A. Fmura, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Dwight Jakari Walton, who was placed under pretrial release supervision by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 6th day of May, 2024.

On June 27, 2024, a motion by the defendant was granted allowing work-related travel to Virginia.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** Pursuant to the conditions of release set by the court on May 6, 2024, the defendant has been supervised utilizing Radio Frequency monitoring in conjunction with the Home Detention Program. Based on Walton's residence location, which is in rural Hertford County, North Carolina, and poor cellular service in the area, the monitoring equipment experiences technical issues on a regular basis. The defendant has been compliant with the Home Detention requirements and is actively pursuing employment with prior permission from the probation officer. Walton communicates effectively and has not incurred any violations to the conditions of release. The government and defense counsel have been contacted regarding this petition and stated no objections.

**PRAYING THAT THE COURT WILL ORDER** that the Location Monitoring technology component be removed. All other conditions of release previously ordered remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Dewayne L. Smith<br>Dewayne L. Smith<br>Supervising U.S. Probation Officer | /s/ Matthew A. Fmura<br>Matthew A. Fmura<br>U.S. Probation Officer<br>150 Reade Circle<br>Greenville, NC 27858-1137<br>Phone: 252-830-2345<br>Executed On: August 21, 2024 |

### ORDER OF THE COURT

Considered and ordered on August 21, 2024. It is further ordered that this document shall be filed and made a part of the records in the above case.

Robert T. Numbers, II
United States Magistrate Judge